UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No. 9:23-cv-81373- MIDDLEBROOKS-MATTHEWMAN

CONSUMER FINANCIAL PROTECTION BUREAU
Plaintiff,

vs.

FREEDOM MORTGAGE CORPORATION,
Defendant.

_____/

**PLAINTIFF'S NOTICE OF STRIKING DOCKET ENTRY NO. 28**

Pursuant to the Clerk's Notice, Docket Entry No. 29, Plaintiff hereby gives notice of striking Docket Entry No. 28. Plaintiff will separately refile its Opposition to Defendant's Motion to Dismiss.

Dated: January 22, 2024                                Respectfully submitted,

/s/ Joseph Lake
Joseph Lake
Special Florida Bar ID A5503154
California Bar No. 246679

Emily Holness
Special Florida Bar ID A5503128
New York Bar No. 4947941

Hallie Ryan
Special Florida Bar ID A5503127
Virginia Bar No. 85927

Stephanie Garlock
Special Florida Bar ID A5503162
DC Bar No. 1779629

1

*Enforcement Attorneys*
Consumer Financial Protection Bureau
1700 G Street, NW
Washington, DC 20552
Email: emily.holness@cfpb.gov
Email: hallie.ryan@cfpb.gov
Email: joseph.lake@cfpb.gov

*Attorneys for Plaintiff*

2