# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# WEST PALM BEACH DIVISION

Case No. 9:23-cv-81373- MIDDLEBROOKS-MATTHEWMAN

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>　　Plaintiff,<br><br>v.<br><br>FREEDOM MORTGAGE CORPORATION,<br><br>　　Defendant. | |

## MEDIATOR'S REPORT

　　1.　　On Monday, March 25, 2024, a mediation conference was held before the undersigned mediator. Representatives of the Plaintiff and Defendant appeared and engaged in good faith negotiations.

　　2.　　Although the formal mediation session was adjourned before the parties reached a resolution, it was agreed that progress had been achieved and that settlement discussions would continue, with representatives of the Plaintiff providing Defendant a draft written proposal based on significant negotiations that had taken place.

　　3.　　The parties agreed that there was no need to request a stay of the deadlines contained in the Court's current scheduling order at this time.

4. The undersigned mediator informed the parties that he remains available to assist in future negotiations.

Dated: March 28, 2024

                Respectfully submitted,

                JOSEPH M. MATTHEWS, P.A.
                255 Alhambra Circle, Penthouse
                Coral Gables, Florida 33134
                Tel: (305) 761-2323
                joseph@jmatthews-pa.com

                By: /s/ Joseph M. Matthews
                  Joseph M. Matthews
                  (Fla. Bar No. 238996)

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Mediator's Report was delivered to the following this 28th day of March 2024, via Electronic Mail:

Emily Holness   emily.holness@cfpb.gov
Hallie Ryan    hallie.ryan@cfpb.gov
Joseph Lake    joseph.lake@cfpb.gov

*Enforcement Attorneys*
Consumer Financial Protection Bureau
1700 G Street, NW
Washington, DC 20552
*Attorneys for Plaintiff*

Mitchel H. Kider  kider@thewbkfirm.com
Timothy P. Ofak  ofak@thewbkfirm.com

WEINER BRODSKY KIDER PC
1300 19th Street NW, Fifth Floor
Washington, DC 20036

Herman J. Russomanno III    herman2@russomanno.com
Museum Tower – Penthouse 2800
150 West Flagler Street
Miami, Florida 33130

*Attorneys for Defendant*