UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No. 9:23-cv-81373- MIDDLEBROOKS/Matthewman

CONSUMER FINANCIAL PROTECTION BUREAU
    Plaintiff,

vs.

FREEDOM MORTGAGE CORPORATION,
    Defendant.
_____/

**JOINT MOTION TO MODIFY SCHEDULING ORDER AND TRIAL DATE**

Plaintiff Consumer Financial Protection Bureau (Bureau) and Defendant Freedom Mortgage Corporation (Freedom) submit this Joint Motion under Local Rule 7.1(a)(1)(J) to modify the scheduling order as follows:

| Current | Proposed | Event |
| --- | --- | --- |
| May 2 | May 16 | All pretrial motions, including summary judgment motions, *Daubert* motions, and motions *in limine* |
| May 16 | May 31 | Oppositions to all pretrial motions, including summary judgment motions, *Daubert* motions, and motions *in limine* |
| May 23 | June 7 | Replies to oppositions to all pretrial motions, including summary judgment motions, *Daubert* motions and motions *in limine* |
| June 3 | June 13 | Joint pretrial Stipulation and designations of deposition testimony |
| June 17 | June 20 | Objections to designations of deposition testimony |
| June 24 | June 28 | Jury instructions or proposed findings of fact and conclusions of law |

The parties jointly move this Court for a modest extension of existing dispositive motion and pretrial deadlines for good cause shown. The parties concluded an accelerated fact discovery period on Thursday, April 18, 2024, in accordance with the Court-ordered scheduling order. The parties served multiple sets of document requests, interrogatories, and requests for admission during that period, and productions continued through the final day of discovery. The parties also conducted six depositions in

the final weeks of discovery (including two 30(b)(6) examinations on April 16 and one on April 17). In addition, the Bureau's rebuttal expert report is due on April 25, and the parties are scheduled to conduct expert depositions on May 1 and May 2. In light of the recently concluded fact discovery period and the ongoing expert work, the parties seek a short extension to allow for prompt review of the record before filing dispositive and other pretrial motions. The proposed extension would not prejudice either party, and would not materially delay resolution of the action.

The parties also jointly move this court for a change to the trial date. The case is currently set to occur during the two-week trial period commencing July 1, 2024. Due to a family wedding on July 12, defense counsel is not available for trial during that period, nor for the rest of the month due to pre-planned attorney time off. Plaintiff's counsel is not available during the month of August due to pre-planned attorney time off.

To account for these scheduling conflicts, the parties respectfully request that the trial date be scheduled to occur during the two-week trial period commencing Monday, September 9, 2024. A proposed order is attached to this motion.

Dated: April 25, 2024

Respectfully submitted,

*Emily R. Holness*

Emily Holness
Special Florida Bar ID A5503128
New York Bar No. 4947941

Hallie Ryan
Special Florida Bar ID A5503127
Virginia Bar No. 85927

Joseph Lake
Special Florida Bar ID A5503154
California Bar No. 246679

Charles Eric Mothander
Special Florida Bar ID A5503180
DC Bar No. 1032539

Samuel Weinstock
Special Florida Bar ID A5503195
Maryland Bar No. 2211290261

Consumer Financial Protection Bureau
1700 G Street, NW

Washington, DC 20552
Email: emily.holness@cfpb.gov
Email:  hallie.ryan@cfpb.gov
Email: joseph.lake@cfpb.gov Email: charles.mothander@cfpb.gov
Email: samuel.weinstock@cfpb.gov

*Attorneys for Plaintiff*

Herman J. Russomanno III
Russomanno & Borrello, P. A.
Museum Tower – Penthouse 2800
150 West Flagler Street
Miami, Florida 33130
Telephone: (305) 373-2101
Facsimile: (305) 373-2103
Herman2@russomanno.com

Mitchel H. Kider
Timothy P. Ofak
Charlie Cooper
Joseph Katz
Weiner Brodsky Kider PC
1300 19th Street NW, Fifth Floor
Washington, D.C. 20036
Tel: (202) 628-2000
Fax: (202) 628-2011
kider@thewbkfirm.com
ofak@thewbkfirm.com
cooper@thewbkfirm.com
katz@thewbkfirm.com

*Attorneys for Defendant*