# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No. 9:23-cv-81373- MIDDLEBROOKS-MATTHEWMAN

CONSUMER FINANCIAL PROTECTION BUREAU
Plaintiff,

vs.

FREEDOM MORTGAGE CORPORATION,
Defendant.

_____/

**PLAINTIFF'S INITIAL DISCLOSURES**

Pursuant to Fed. R. Civ. P. 26(a)(1), Plaintiff Consumer Financial Protection Bureau (Bureau) makes the following initial disclosures to Defendant Freedom Mortgage Corporation (Freedom or Defendant). The Bureau expressly reserves the right to clarify, revise, correct, or supplement any of its initial disclosures at any time, and it will supplement its disclosures as necessary consistent with Fed. R. Civ. P. 26(e). No information contained in these disclosures should be construed as a waiver of any applicable privileges, including but not limited to the protections accorded attorney work product. This information is being supplied for discovery purposes only, pursuant to Fed. R. Civ. P. 26, and should not be shared with third parties, filed with the Court, or made publicly available unless all personally identifiable information has been redacted.

    **I. Rule 26(a)(1)(A)(i): Individuals likely to have discoverable information that the Bureau may use to support its claims**

The persons listed below are likely to have discoverable information that the Bureau may use to support its claims, as well as the subjects of that information. Due to the ongoing nature of this

1

case, the initial disclosures should not be read to limit the subject matter(s) about which particular individuals may have discoverable information. Consistent with Rule 26(e), the Bureau will supplement these disclosures if it identifies additional individuals not named below who it determines may have discoverable information that the Bureau may use to support its claims. These disclosures do not include the names of any potential experts that may be retained or consulted by the Bureau. The Bureau will produce information relating to experts in accordance with the timing requirements of Fed. R. Civ. P. 26(a)(2), or any supervening order of the Court.

A. Individuals Associated with Defendant

Freedom, its employees, former employees, temporary employees, independent contractors, and agents are likely to have discoverable information that the Bureau may use to support its claims, including but not limited to information about (a) the fact, magnitude, and cause of the errors made by Defendant in its submission of HMDA data to the Bureau; (b) the inadequacy of Defendant's compliance management systems to verify HMDA data, and identify and correct errors; and (c) what and when Defendant knew about the inadequacy of its compliance management system and errors in its submission of HMDA data to the Bureau.

i. Defendant's Employees

| Name and Position | Address and Phone Number, (if known) |
|---|---|
| Susan Shuck<br>Senior Executive Vice President and Chief Corporate Risk Officer | 10500 Kincaid Drive<br>Fishers, IN 46037 |
| Steven Molitor<br>Senior Executive Vice President and Chief Legal Officer | 907 Pleasant Valley Avenue, Suite 3<br>Mt. Laurel, NJ 08504 |

| Name and Position | Address and Phone Number, (if known) |
|---|---|
| Bob King<br>Senior Executive Vice President and Special Advisor to the Chairman | 951 Yamato Road, Suite 175<br>Boca Raton, FL 33431 |
| Michael Patterson<br>Senior Executive Vice President and Chief Operating Officer, Audit Committee | 951 Yamato Road, Suite 175<br>Boca Raton, FL 33431 |
| Christopher Staub<br>Senior Vice President, Audit Committee | 951 Yamato Road, Suite 175<br>Boca Raton, FL 33431 |
| Richard Jordan<br>Senior Executive Vice President, Chief Administrative Officer, Audit Committee | 951 Yamato Road, Suite 175<br>Boca Raton, FL 33431 |
| David Firestone<br>Senior Executive Vice President and Corporate CFO, Audit Committee | 951 Yamato Road, Suite 175<br>Boca Raton, FL 33431 |
| Steven Della Iacono<br>Senior Vice President, Control Manager and Quality Assurance | 951 Yamato Road, Suite 175<br>Boca Raton, FL 33431 |
| Tonya Sanderson<br>Senior Vice President, Operations Risk | 951 Yamato Road, Suite 175<br>Boca Raton, FL 33431 |
| Amanda Kenny<br>Director Internal Audit | 907 Pleasant Valley Avenue, Suite 3<br>Mt. Laurel, NJ 08504 |
| Jay Patel<br>Senior Vice President, Chief Audit Executive | 951 Yamato Road, Suite 175<br>Boca Raton, FL 33431 |
| Cynthia Berman<br>Executive Vice President, Chief Compliance Officer & Regulatory Counsel | 907 Pleasant Valley Avenue, Suite 3<br>Mt. Laurel, NJ 08504<br>856-626-2322 |
| Brigid Brooks<br>Senior Director HMDA Compliance | 951 Yamato Road, Suite 175<br>Boca Raton, FL 33431<br>504-912-6584 |
| Tracy Hatt-Doering<br>VP Regulatory Change Management / Regulatory Compliance | 951 Yamato Road, Suite 175<br>Boca Raton, FL 33431<br>517-414-7454 |

| Name and Position | Address and Phone Number, (if known) |
|---|---|
| Michael Young<br>Director HMDA Compliance | 10500 Kincaid Drive<br>Fishers, IN 46037<br>317-537-3860 |
| Jeremy Ford<br>Director HMDA Compliance | 10500 Kincaid Drive<br>Fishers, IN 46037<br>317-537-3881 |
| Laura Clark<br>Vice President, Business Solutions | 951 Yamato Road, Suite 175<br>Boca Raton, FL 33431<br>856-712-7714 |
| Uday Nadupalli<br>Vice President, Data Governance | 40 Lake Center, 401 Route 73<br>Marlton, NJ 08053<br>856-712-7352 |
| Remya Mahadevan<br>Analyst, Data Governance | 907 Pleasant Valley Avenue, Suite 3<br>Mt. Laurel, NJ 08504<br>317-537-4033 |
| Eric Chesebro<br>Executive Vice President, Data Governance | 40 Lake Center, 401 Route 73<br>Marlton, NJ 08053<br>856-626-2369 |
| Robert Welden<br>Senior Internal Auditor | 951 Yamato Road, Suite 175<br>Boca Raton, FL 33431 |
| Morganna Hodges<br>Internal Auditor | 951 Yamato Road, Suite 175<br>Boca Raton, FL 33431 |

    ii.   Defendant's Former Employees

| Name and Position | Address and Phone Number (if known) |
|---|---|
| Jeffrey Robb<br>Former Vice President, HMDA and Fair Lending | 951 Yamato Road, Suite 175<br>Boca Raton, FL 33431<br>440-396-9303 |
| Ronald Lucante<br>Former Vice President, Regulatory Compliance | 330 Passaic Avenue<br>Fairfield, NJ 07004<br>609-471-1316 |

| Name and Position | Address and Phone Number (if known) |
|---|---|
| Alyson Beasley Bradley<br>Former Senior Vice President, Chief Audit Executive | WSFS Bank<br>500 Delaware Avenue<br>Wilmington, DE 19801 |

      iii.   Third Parties

| Name and Position | Address and Phone Number (if known) |
|---|---|
| Michael Mitchell<br>Owner, Co-Founder<br>ADI Consulting | 2750 Prosperity Avenue, Suite 500<br>Fairfax, VA 22031<br>703-535-7316 |
| Rebecca Escario<br>Senior Consultant<br>ADI Consulting | 2750 Prosperity Avenue, Suite 500<br>Fairfax, VA 22031<br>703-535-7316 |

**II. Rule 26(a)(1)(A)(ii): Description by category and location of documents, electronically stored information, and tangible things that the Bureau may use to support its claims**

The Bureau may use the following categories of documents and records, including electronically-stored information, and tangible things in its possession, custody, or control to support its claims:

- Documents, ESI, responses to interrogatories, and other materials produced to the Bureau by the Defendant during the Bureau's investigation of Defendant concerning matters related to the subject matter at issue in this lawsuit.

- Written communications, and materials appended to written communications, from Defendant's attorneys to the Bureau concerning matters related to the subject matter at issue in this lawsuit.

- HMDA Loan Application Registers produced to the Bureau by the Defendant.

All of the above categories of documents and records are located at the Bureau's offices at 1700 G Street NW, Washington, DC 20552.

### III. Rule 26(a)(1)(A)(iii): Computation of categories of damages

Pursuant to 12 U.S.C. §§ 5564 and 5565, the Bureau may seek appropriate legal or equitable relief with respect to Defendant's violations of Federal consumer financial laws, including but not limited to monetary relief and civil monetary penalties. The Bureau's Complaint sets forth a Demand for Relief that includes, among other items, the imposition of a civil money penalty against Defendant.

The Bureau is authorized to seek civil monetary penalties pursuant to the Consumer Financial Protection Act (CFPA), which provides, "[a]ny person that violates, through any act or omission, any provision of Federal consumer financial law shall forfeit and pay a civil penalty pursuant to this subsection." 12 U.S.C. § 5565(c)(1). The CFPA further authorizes civil money penalties that depends on the tier of the violation. Adjusted for inflation, and as of the date of these Initial Disclosures, penalties assessed after January 15, 2023 are: up to $6,813 per day for any violation of the CFPA (Tier 1), up to $34,065 per day for any reckless violation of the CFPA (Tier 2), and up to $1,362,567 per day for any knowing violation of the CFPA (Tier 3). 12 U.S.C. §§ 5564(a), 5565(a)(2)(H), 5565(c)(2). Discovery is needed to determine the appropriate tier and amount of civil money penalties that should be assessed.

The Bureau also intends to seek injunctive and equitable relief, where appropriate, along with recovery of costs in connection with prosecuting the instant action pursuant to 12 U.S.C. §5565(b), and any other legal or equitable relief deemed just and proper.

## IV. Rule 26(a)(1)(A)(iv): Insurance

This category is inapplicable to the Bureau in this case.

Dated: January 5, 2023                                                                                          Respectfully submitted,

*/s/* Emily Holness

Emily Holness
Special Florida Bar ID A5503128
New York Bar No. 4947941

Hallie Ryan
Special Florida Bar ID A5503127
Virginia Bar No. 85927

Joseph Lake
Special Florida Bar ID A5503154
California Bar No. 246679
*Enforcement Attorneys*

Consumer Financial Protection Bureau
1700 G Street, NW
Washington, DC 20552
Email: emily.holness@cfpb.gov
Email: hallie.ryan@cfpb.gov
Email: joseph.lake@cfpb.gov

*Attorneys for Plaintiff*