# Exhibit 16





© 2022 Freedom Mortgage Corporation. All rights reserved. PROPRIETARY AND CONFIDENTIAL

CONFIDENTIAL

FMCHMDA-0067945



© 2022 Freedom Mortgage Corporation. All rights reserved. PROPRIETARY AND CONFIDENTIAL

CONFIDENTIAL

FMCHMDA-0067946



© 2020 Freedom Mortgage Corporation. All rights reserved. PROPERITARY AND CONFIDENTIAL

CONFIDENTIAL

FMCHMDA-0067947



© 2022 Freedom Mortgage Corporation. All rights reserved. PROPRIETARY AND CONFIDENTIAL

CONFIDENTIAL

FMCHMDA-0067948



© 2022 Freedom Mortgage Corporation. All rights reserved. PROPRIETARY AND CONFIDENTIAL

CONFIDENTIAL                                                                                                                    FMCHMDA-0067949

© 2022 Freedom Mortgage Corporation. All rights reserved. PROPRIETARY AND CONFIDENTIAL

CONFIDENTIAL

FMCHMDA-0067950



© 2022 Freedom Mortgage Corporation. All rights reserved. PROPRIETARY AND CONFIDENTIAL

CONFIDENTIAL

FMCHMDA-0067951



© 2022 Freedom Mortgage Corporation. All rights reserved. PROPRIETARY AND CONFIDENTIAL

CONFIDENTIAL

FMCHMDA-0067952

© 2022 Freedom Mortgage Corporation. All rights reserved. PROPRIETARY AND CONFIDENTIAL

CONFIDENTIAL

FMCHMDA-0067953