UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| **CONSUMER FINANCIAL PROTECTION BUREAU**, <br><br> *Plaintiff*, <br><br> v. <br><br> **FREEDOM MORTGAGE CORPORATION**, <br><br> *Defendant*. | CASE NO: 9:23-cv-81373-DMM |

**JOINT NOTICE REGARDING SEALING ISSUES**

Pursuant to the Court's instruction to the Parties (Dkt. 65), Plaintiff Consumer Financial Protection Bureau and Defendant Freedom Mortgage Corporation, by and through their undersigned counsel, submit this Joint Notice regarding sealing issues in connection with the Parties' recently filed motions.

On May 20, 2024, counsel for the Parties met and conferred via videoconference to discuss the sealing issues. Counsel for the Parties also followed up via email on May 21, 2024 and May 22, 2024.

After meeting and conferring, the Parties have agreed that the materials that the CFPB and Freedom previously filed on May 16, 2024, in connection with the Parties' respective summary judgment and pre-trial motions (*see* Dkt. Nos. 67, 68, 70, 71, 72, 74, and 75) may be filed publicly, except to the extent any materials contain personally identifiable information. In addition, the Parties have agreed that the redacted exhibits filed by the CFPB in connection with its Opposition to Freedom's Motion to Compel (Dkt. 79-1 and Dkt. 79-5) may be filed publicly, except to the extent any materials contain personally identifiable information. Neither Party will file a motion to seal these materials. With the Court's permission, each Party will publicly file full versions of the documents and exhibits it previously filed, redacting only personally identifiable information from any materials that are filed.

Dated: May 22, 2024

Respectfully submitted,

By:    /s/ *Herman J. Russomanno III*
      Herman J. Russomanno III
      Fla. Bar No. 21249
      herman2@russomanno.com

RUSSOMANNO & BORRELLO, P.A.
*Local Counsel for Defendant*
*Freedom Mortgage Corporation*
Museum Tower – Penthouse 2800
150 West Flagler Street
Miami, Florida 33130
Telephone: (305) 373-2101
Facsimile: (305) 373-2103

Mitchel H. Kider
Timothy P. Ofak
Charlie Cooper
Joseph Katz
WEINER BRODSKY KIDER PC
1300 19th Street NW, Fifth Floor
Washington, DC 20036
Tel: (202) 628-2000
Fax: (202) 628-2011
kider@thewbkfirm.com
ofak@thewbkfirm.com
cooper@thewbkfirm.com
katz@thewbkfirm.com

*Attorneys for Defendant*


      */s/ Emily Holness*
      Emily Holness
      Special Florida Bar ID A5503128
      New York Bar No. 4947941

      Charles Eric Mothander
      Special Florida Bar ID A5503180

2

DC Bar No. 1032539

Hallie Ryan\
Special Florida Bar ID A5503127\
Virginia Bar No. 85927

Joseph Lake\
Special Florida Bar ID A5503154\
California Bar No. 246679

Samuel Weinstock\
Special Florida Bar No. A5503195

*Enforcement Attorneys*\
Consumer Financial Protection Bureau\
1700 G Street, NW Washington, DC 20552\
Email: charles.mothander@cfpb.gov\
Email: emily.holness@cfpb.gov\
Email: hallie.ryan@cfpb.gov\
Email: joseph.lake@cfpb.gov\
Email: samuel.weinstock@cfpb.gov\
*Attorneys for Plaintiff*

3

**CERTIFICATE OF SERVICE**

   I hereby certify that on May 22, 2024, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will provide automatic notice to the below listed counsel of record:

Emily Holness
emily.holness@cfpb.gov
Hallie Ryan
hallie.ryan@cfpb.gov
Joseph Lake
joseph.lake@cfpb.gov
Eric Mothander
Charles.mothander@cfpb.gov
Samuel Weinstock
Samuel.weinstock@cfpb.gov
*Enforcement Attorneys*
Consumer Financial Protection Bureau
1700 G Street, NW
Washington, DC 20552

                _/s/ *Herman J. Russomanno III*_
                Herman J. Russomanno III