# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

Case No. 9:23-cv-81373- MIDDLEBROOKS-MATTHEWMAN

CONSUMER FINANCIAL PROTECTION BUREAU
Plaintiff,

vs.

FREEDOM MORTGAGE CORPORATION,
Defendant.

_____/

## JOINT STATUS UPDATE REGARDING DEFENDANT'S PENDING MOTION TO COMPEL DISCOVERY OF INFORMATION REGARDING CIVIL MONEY PENALTIES

Plaintiff Consumer Financial Protection Bureau ("Bureau") and Defendant Freedom Mortgage Corporation ("Freedom") (jointly, "the Parties") submit this Joint Status Update addressing Freedom's Motion to Compel Discovery of Information Regarding Civil Money Penalties. Dkt. 64. The Parties are submitting this Joint Status Update in accordance with the Court's Paperless Order Expediting Briefing. Dkt. 77. The Parties state as follows:

- Freedom sent a letter to the Bureau on May 7, 2024, requesting that the CFPB supplement its discovery related to civil money penalties, Dkt. 79-3;

- Pursuant to Local Rule 7.1(a)(3), and paragraph 1 of the Court's Order Setting Discovery Procedure, the Parties met and conferred in good faith about this discovery dispute on May 13, 2024, via video conference;

- The Bureau then also responded to Freedom's May 7 letter on May 13, 2024, Dkt. 79-4; and

- Pursuant to Local Rule 7.1(a)(3), and paragraph 1 of the Court's Order Setting Discovery Procedure, the Parties again met and conferred in good faith via video conference on May 20, 2024.

During the Parties' May 20 conferral, Freedom counsel identified that Freedom continues to seek, through its Interrogatory No. 12, a calculation of the applicable statutory maximum penalty under 12 U.S.C. § 5565(c)(2), and additional information concerning the statutory factors in 12 U.S.C. § 5565(c)(3). Bureau counsel noted that, in addition to its response to Interrogatory No. 12, Freedom received information about the Bureau's position regarding an appropriate civil money penalty amount, and the application of relevant statutory factors under 12 U.S.C. § 5565(c)(3), in its motion for summary judgment. Freedom counsel also confirmed that Freedom is seeking both a supplemental answer to Interrogatory No. 12 as well as testimony from the Bureau's corporate witness on the Bureau's policies regarding civil money penalties.

The Bureau's Opposition to Freedom's Motion (Dkt. 79) and Freedom's Reply (Dkt. 81), which further address the Parties' respective positions concerning these issues raised in Freedom's pending Motion, have now been filed in accordance with the Court's Order Expediting Briefing. Dkt. 77.

It is Freedom's position that Interrogatory No. 12 seeks the same information as Freedom was seeking through a compelled supplement to the Bureau's Initial Disclosure made pursuant to Federal Rule of Civil Procedure 26(a)(1)(A)(iii). For that reason, Freedom will not continue to pursue its Motion to Compel with respect to the Bureau's Initial Disclosures. Accordingly, the issues before the Court on the Motion to Compel are now narrowed to: (1) whether to compel the Bureau to provide a supplemental answer to Interrogatory No. 12; and (2) whether to compel the Bureau to make its corporate witness available to give deposition testimony regarding the

2

Bureau's policies on civil money penalties pursuant to Federal Rule of Civil Procedure 30(b)(6).

Dated: May 23, 2024                                            Respectfully Submitted,

*/s/ Herman J. Russomanno*
Herman J. Russomanno III
Fla. Bar No. 21249
herman2@russomanno.com

RUSSOMANNO & BORRELLO, P.A.
Local Counsel for Defendant
Freedom Mortgage Corporation
Museum Tower – Penthouse 2800
150 West Flagler Street
Miami, Florida 33130
Telephone: (305) 373-2101
Facsimile: (305) 373-2103

Mitchel H. Kider
Timothy P. Ofak
Charles Cooper
Joseph Katz
WEINER BRODSKY KIDER PC
1300 19th Street NW, Fifth Floor Washington, DC 20036
Tel: (202) 628-2000
Fax: (202) 628-2011
kider@thewbkfirm.com ofak@thewbkfirm.com
cooper@thewbkfirm.com
katz@thewbkfirm.com

*Attorneys for Defendant*

/s/ Charles Mothander
Charles Mothander
Special Florida Bar ID A5503180
DC Bar No. 1032539

Emily Holness
Special Florida Bar ID A5503128
New York Bar No. 4947941

Hallie Ryan
Special Florida Bar ID A5503127

Virginia Bar No. 85927

Joseph Lake
Special Florida Bar ID A5503154
California Bar No. 246679

Samuel Weinstock
Special Florida Bar ID A5503195
Maryland Bar No. 2211290261

*Enforcement Attorneys*
Consumer Financial Protection Bureau
1700 G Street, NW Washington, DC 20552

Email: emily.holness@cfpb.gov
Email: charles.mothander@cfpb.gov
Email: hallie.ryan@cfpb.gov
Email: joseph.lake@cfpb.gov
Email: samuel.weinstock@cfpb.gov

*Attorneys for Plaintiff*