UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No. 9:23-cv-81373- MIDDLEBROOKS-MATTHEWMAN

CONSUMER FINANCIAL PROTECTION BUREAU
Plaintiff,

vs.

FREEDOM MORTGAGE CORPORATION,
Defendant.
_____/

**JOINT STATUS UPDATE REGARDING PLAINTIFF'S SUPPLEMENTAL RESPONSE TO DEFENDANT'S INTERROGATORY NO. 12**

Plaintiff Consumer Financial Protection Bureau ("Bureau") and Defendant Freedom Mortgage Corporation ("Freedom") (jointly, "the Parties") submit this Joint Status Update addressing the Bureau's Supplemental Response to Freedom's Interrogatory No. 12 ("Supplemental Response"). The Parties are submitting this Joint Status Update in accordance with the Court's Order Granting in Part and Denying in Part Defendant's Motion to Compel Discovery of Information Regarding Civil Money Penalties. Dkt. 89.

In accordance with the Court's Order, the Bureau served Freedom with its Supplemental Response on May 31. The Bureau's Supplemental Response confirms that the Bureau is not seeking damages in this case, identifies the total civil money penalties it seeks, and the method of calculation thereof. As described in the Bureau's Supplemental Response, while the Consumer Financial Protection Act of 2010 does not provide a precise mathematical calculation to determine the appropriate penalty in any given case, a court shall consider the statutory factors in

12 U.S.C. § 5565(c)(3) for that determination. The Bureau's Supplemental Response includes a detailed presentation of the Bureau's position concerning each of those statutory factors in this case.

The Parties met and conferred regarding the Bureau's Supplemental Response earlier on June 3. During that conferral, Freedom stated that it did not have any questions with respect to the Bureau's Supplemental Response, and that the Supplemental Response was fulsome. Freedom did not raise any objections to the Bureau's Supplemental Response.

Dated: June 3, 2024                                                                Respectfully Submitted,

  /s/ Herman J. Russomanno  
Herman J. Russomanno III
Fla. Bar No. 21249
herman2@russomanno.com

RUSSOMANNO & BORRELLO, P.A.
Local Counsel for Defendant
Freedom Mortgage Corporation
Museum Tower – Penthouse 2800
150 West Flagler Street
Miami, Florida 33130
Telephone: (305) 373-2101
Facsimile: (305) 373-2103

Mitchel H. Kider
Timothy P. Ofak
Charles Cooper
Joseph Katz
WEINER BRODSKY KIDER PC
1300 19th Street NW, Fifth Floor Washington, DC 20036
Tel: (202) 628-2000
Fax: (202) 628-2011
kider@thewbkfirm.com ofak@thewbkfirm.com
cooper@thewbkfirm.com
katz@thewbkfirm.com

*Attorneys for Defendant*

<u>/s/ Emily Holness</u>
Emily Holness
Special Florida Bar ID A5503128
New York Bar No. 4947941

Charles Mothander
Special Florida Bar ID A5503180
DC Bar No. 1032539

Hallie Ryan
Special Florida Bar ID A5503127
Virginia Bar No. 85927

Joseph Lake
Special Florida Bar ID A5503154
California Bar No. 246679

Samuel Weinstock
Special Florida Bar ID A5503195
Maryland Bar No. 2211290261

*Enforcement Attorneys*
Consumer Financial Protection Bureau
1700 G Street, NW Washington, DC 20552

Email: emily.holness@cfpb.gov
Email: charles.mothander@cfpb.gov
Email: hallie.ryan@cfpb.gov
Email: joseph.lake@cfpb.gov
Email: samuel.weinstock@cfpb.gov

*Attorneys for Plaintiff*
