UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| **CONSUMER FINANCIAL PROTECTION BUREAU**, | CASE NO: 9:23-cv-81373-DMM |
| *Plaintiff,* | |
| v. | |
| **FREEDOM MORTGAGE CORPORATION**, | |
| *Defendant.* | |

**DEFENDANT FREEDOM MORTGAGE CORPORATION'S
REPLY TO PLAINTIFF'S RESPONSE STATEMENT OF
MATERIAL FACTS AND ADDITIONAL FACTS**

Defendant, Freedom Mortgage Corporation ("Freedom"), by and through its undersigned counsel, pursuant to Southern District of Florida Local Rule 56.1, asserts the following in Reply to Plaintiff's Statement of Material Facts in Support of Plaintiff's Motion for Summary Judgment:

## I.
### REPLY TO PLAINTIFF'S STATEMENT OF ADDITIONAL MATERIAL FACTS

6.   Undisputed.

7.   Undisputed.

8.   Undisputed.

9.   Undisputed as to the truth of the material fact stated.  However, Defendant disputes the implication that an illegal order may be enforced against it, even with its agreement.

10.  Undisputed as to the truth of the material fact stated.  However, Defendant disputes the implication that an illegal order may be enforced against it, even after waiving judicial review of the Consent Order.

11.  Undisputed as to the truth of the material fact stated.  However, Defendant disputes the implication that an illegal order may be enforced against it, even after waiving any challenge to the validity of the Consent Order.

12.  Undisputed as to the truth of the material fact stated.  However, Defendant disputes that this fact supports the conclusion Plaintiff seeks to draw from it in the Statement of Facts (through the heading under which it falls) or in Plaintiff's Opposition Brief.

13.  Undisputed as to the truth of the material fact stated.  However, Defendant disputes that this fact supports the conclusion Plaintiff seeks to draw from it in the Statement of Facts (through the heading under which it falls) or in Plaintiff's Opposition Brief.

14.     Undisputed as to the truth of the material fact stated.  However, Defendant disputes that this fact supports the conclusion Plaintiff seeks to draw from it in the Statement of Facts (through the heading under which it falls) or in Plaintiff's Opposition Brief.

15.     Undisputed as to the truth of the material fact stated.  However, Defendant disputes that this fact supports the conclusion Plaintiff seeks to draw from it in the Statement of Facts (through the heading under which it falls) or in Plaintiff's Opposition Brief.

Dated: June 7, 2024

Respectfully submitted,

 /s/  *Herman J. Russomanno III*

Mitchel H. Kider
kider@thewbkfirm.com
Timothy P. Ofak
ofak@thewbkfirm.com
Charlie Cooper
cooper@thewbkfirm.com
Joseph Katz
katz@thewbkfirm.com
WEINER BRODSKY KIDER PC
1300 19th Street NW, Fifth Floor
Washington, DC 20036
Tel: (202) 628-2000
Fax: (202) 628-2011

RUSSOMANNO & BORRELLO,
P.A.
*Local Counsel for Defendant*
*Freedom Mortgage Corporation*
Museum Tower – Penthouse 2800
150 West Flagler Street
Miami, Florida 33130
Telephone: (305) 373-2101
Facsimile: (305) 373-2103

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 7, 2024, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will provide automatic notice to the below listed counsel of record:

Emily Holness
emily.holness@cfpb.gov
Hallie Ryan
hallie.ryan@cfpb.gov
Joseph Lake
joseph.lake@cfpb.gov
Eric Mothander
charles.mothander@cfpb.gov
Samuel Weinstock
samuel.weinstock@cfpb.gov
*Enforcement Attorneys*
Consumer Financial Protection Bureau
1700 G Street, NW
Washington, DC 20552

/s/  *Herman J. Russomanno III*